Laura Buehrle, executrix of the last will and testament of Mathias A. Buehrle, deceased, appellant, v. William J. F. Buehrle, appellee. Gen. No. 24,216.

Suit for appointment of receiver of partnership and for accounting. Decree for accounting only. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded with directions. Opinion filed July 2, 1919.

Henry P. Heizer and Edward D. Shurtleff, for appellant. Fischel & Hirsch and Holt, Cutting & Sidley, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.